UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| *This document relates to:* _____ | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| RORY WILLIAMS,<br><br>PLAINTIFF, | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| v. | Civil Action No. |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AERO HOLDING LLC, AERO INTERMEDIATE LLC, AERO LLC, and AERO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Original Complaint: *Aribuabo, et al. v. 3M Company, et al.*, U.S.D.C., D. Minn., filed Feb. 26, 2019, N.D. Fla. Case No. 3:19-cv-893 |

## MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 16, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto;

1

and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff further alleges as follows:

## I. DEFENDANTS

1. Plaintiff names the following Defendants in this action:

   __x__  3M Company

   __x__  3M Occupational Safety LLC

   __x__  Aero Holding LLC

   __x__  Aero Intermediate LLC

   __x__  Aero LLC

   __x__  Aero Technologies, LLC

## II. PLAINTIFF

2. Name of Plaintiff: Rory Williams

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim: N/A

4. Name and capacity (*i.e.,* executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any: N/A

5. State of residence of Plaintiff: Tennessee

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other): Other

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing: United States District Court for the District of Minnesota

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

    __x__ Yes

    _____ No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

    __x__ Hearing loss

    _____ Sequelae to hearing loss

    __x__ Other: __Tinnitus_____

## VI. CAUSES OF ACTION

10. Plaintiff adopts in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

    __x__    Count I – Design Defect – Negligence

    __x__    Count II – Design Defect – Strict Liability

__x__    Count III – Failure to Warn – Negligence

__x__    Count IV – Failure to Warn – Strict Liability

__x__    Count V – Breach of Express Warranty

__x__    Count VI – Breach of Implied Warranty

__x__    Count VII – Negligent Misrepresentation

__x__    Count VIII – Fraudulent Misrepresentation

__x__    Count IX – Fraudulent Concealment

__x__    Count X – Fraud and Deceit

__x__    Count XI – Gross Negligence

__x__    Count XII –Negligence Per Se

__x__    Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____    Count XIV – Loss of Consortium

__x__    Count XV – Unjust Enrichment

__x__    Count XVI – Punitive Damages

__x__    Count XVII – Other

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand: N/A

12. Plaintiff contends that additional parties may be liable or responsible for Plaintiff's damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship): N/A

13. Plaintiff asserts the following additional claims and factual allegations against other Defendants named in Paragraph 12: N/A

**WHEREFORE**, Plaintiff prays for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff may be entitled.

Dated: <u>November 12, 2019</u>

Respectfully Submitted,

**PAUL LLP**
<u>/s/ Richard M. Paul III</u>
Richard M. Paul III
Ashlea G. Schwarz
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com

**SCHWEBEL GOETZ & SIEBEN, P.A.**
William R. Sieben
Alicia N. Sieben
Matthew J. Barber
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-377-7777
bsieben@schwebel.com
asieben@schwebel.com
mbarber@schwebel.com